## GABRIEL GODFROY, SR. *versus* FRANÇOIS NAVARRE

JOURNAL ENTRIES (1821–27): *Journal 3:* (1) Motion for particulars and to produce book of entries *p. 207; (2) continued *p. 227; (3) continued *p. 336; (4) transferred to issue docket *p. 387; (5) referred *p. 492. *Journal 4:* (6) Rule extending time for making award MS p. 22; (7) death suggested, continued MS p. 93; (8) discontinued MS p. 127.

PAPERS IN FILE: (1) Precipe for process; (2) declaration; (3) notice of demand for bill of particulars and book entries; (4) precipe for default judgment; (5) plea of non assumpsit and notice of set off; (6) stipulation for reference; (7) agreed order enlarging time for making award.

*Office Docket*, MS p. 153, c. 83. (Case 133 of 1820)

## TIMOTHY HUNT *versus* HENRY HUDSON

JOURNAL ENTRIES (1821–23): *Journal 3:* (1) Motion for rule to bring body *p. 207; (2) rule to attach rescuers *p. 220; (3) motion to quash attachment *p. 231; (4) special bail filed, time given to declare and reply, continued *p. 376; (5) rule for nonsuit *p. 443.

PAPERS IN FILE: (1) Precipe for capias; (2) affidavit for bail; (3) petition for bail and allowance; (4) capias and return; (5) precipe for subpoena; (6) subpoena; (7) recognizance.

*1821 Calendar*, MS p. 43. Recorded in *Book B*, MS pp. 358–60.